### LEE ET AL. v. WILSON.

*Appeal from County Court of Arapahoe County.*

BECK, C. J. It having been stipulated by the parties in this case that it should abide the decision to be rendered in the case of *Lee v. Balcom, ante,* and the judgment in that case having been affirmed, the same judgment will be entered in this case.